No. 382, Misc. HORNBECK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 386, Misc. SHORT *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 387, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Everett A. Corten* for the Industrial Accident Commission of California, respondent.

No. 388, Misc. FOSTER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 393, Misc. WALKER *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 395, Misc. KING *v.* MAXWELL, WARDEN, ET AL. Supreme Court of Ohio. Certiorari denied.

No. 398, Misc. MILES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 401, Misc. SMITH *v.* KERN TRUCK SALES, INC., ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Mark McElroy,* Attorney General of Ohio, *Theodore R. Saker* and *Albert A. Yannon,* Assistant Attorneys General, for the Administrator of the Bureau of Workmen's Compensation, respondent.

No. 404, Misc. NELSON *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.